Sherman CORMAN, Appellant,

v.

Linnie WOODS et al., Appellees.

Court of Appeals of Kentucky.

Dec. 17, 1954.

John S. Deering, Nicholasville, for appellant.

Robert Gullett, Nicholasville, for appellees.

PER CURIAM.

This appeal involves access to a well, located in the stone boundary wall between the property of the litigants. The issue was properly submitted to a jury, and the evidence sustains the verdict.

The judgment is affirmed.